UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENDRA FORD,

    Plaintiff,

v.                                          Case No.  8:07-cv-07-T-24 EAJ

SSI LUBRICANTS, LCC, a
Florida Limited Liability Company
d/b/a SSI PETROLEUM, and
CARLOS ARRUZA, an individual,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court on Defendant Carlos Arruza's Motion to Dismiss Count II.  (Doc. No. 4).

    Plaintiff filed a two count complaint under Title VII against her alleged employer, Defendant SSI Lubricants, LLC doing business as SSI Petroleum (Count I), and Defendant Carlos Arruza, the alleged Resident Agent and Manager of SSI Petroleum (Count II).  (Doc. No. 1, ¶ 3 and 13).  Defendant Arruza moves to dismiss the Title VII claim against him, arguing that a Title VII claim may only be brought against the employer and not against the individual employee whose actions would constitute a violation of Title VII.  See Dearth v. Collins, 441 F.3d 931, 933 (11th Cir. 2006); Busby v. City of Orlando, 931 F.2d 764, 772 (11th Cir. 1991).  Plaintiff has not responded to the motion, and as such, the Court considers the motion to be unopposed.  Accordingly, the Court grants the motion to dismiss Count II.

    Defendant Arruza also seeks attorneys' fees in connection with the dismissal of Count II.  The Court directs Defendant Arruza to file a separate motion for attorneys' fees and to attach the

detailed billing records to the motion, and the Court will consider Defendant Arruza's request for attorneys' fees at that time. If Plaintiff fails to timely respond to the motion for attorneys' fees, the Court will consider the motion to be unopposed.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)   Defendant Carlos Arruza's Motion to Dismiss Count II (Doc. No. 4) is **GRANTED** to the extent that the Court dismisses Count II;

(2)   Defendant Arruza is directed to file a motion for attorneys' fees that complies with this Order by March 16, 2007.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of March, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record